FILED
CLERK U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MEDINA, ERNEST, aka ERNEST MEDINA, aka ERNEST DANIEL MEDINA,

    Plaintiff,

vs.

ARRON GARFIELD, ET AL.,

    Defendants.

Case No. CV 07-5944-SGL(RC)

ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the complaint and action shall be dismissed without prejudice for want of prosecution, and Judgment shall be entered accordingly.

//

//

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order and the Magistrate Judge's Report and Recommendation by the
3 United States mail on plaintiff.

5 DATED:   7-01-08

                                        STEPHEN G. LARSON
                                        UNITED STATES DISTRICT JUDGE

R&R\07-5944.ado
6/3/08