FILED
CLERK, U.S. DISTRICT COURT
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDINA, ERNEST, aka ERNEST MEDINA, aka ERNEST DANIEL MEDINA,<br><br>        Plaintiff,<br><br>vs.<br><br>ARRON GARFIELD, ET AL.,<br><br>        Defendants. | ) Case No. CV 07-5944-SGL(RC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action.

DATED: 7-07-08

/s/ Stephen G. Larson
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

R&Rs\07-5944.JUD
6/3/08